| | |
|---|---|
| IN RE: | MDL NO. 2753 |
| ATRIUM MEDICAL CORP. C-QUR MESH PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1:16-md-02753-LM ALL CASES |

**PLAINTIFFS' AND DEFENDANTS' JOINT AGENDA FOR
THE STATUS CONFERENCE SCHEDULED FOR JULY 13, 2017**

Now come the parties in the above entitled multidistrict litigation and jointly submit the following agenda items, along with a brief description of the items at issue, in preparation for the July 13, 2017 Status Conference:

**AGENDA**

1. **ESI Protocol:** Following the successful in-person meet and confer to discuss the terms of an ESI Protocol, the parties have been negotiating the final language of the ESI Protocol and currently remain in that process. The parties hope to finalize the ESI Protocol by the July 12, 2017 filing deadline and prior to the July 13, 2017 Status Conference. If the parties have not reached a consensus, counsel for the parties will inform the Case Manager of the need for a discussion on this topic and a very brief extension of the July 12, 2017 filing deadline.

2. **Plaintiff Profile Form (PPF), Plaintiff Fact Sheet (PFS), Defendant Profile Form (DPF), Defendant Fact Sheet (DFS), and Joint Collection Order, as well as the Enabling Orders for these documents:** The parties are negotiating revisions to the PPF, PFS, DPF, DFS, Joint Collection Order, and the Enabling Order, which will govern these

documents. The parties are optimistic that agreement on these documents will be reached by the July 12, 2017 filing deadline and prior to the July 13, 2017 Status Conference. If the parties have not reached a consensus, counsel for the parties will inform the Case Manager of the need for a discussion on this topic and a very brief extension of the July 12, 2017 filing deadline.

3. **Update of the NH State Court Litigation**

Dated: July 6, 2017

Respectfully submitted,

**UPTON & HATFIELD, LLP**
By: /s/ *Russell F. Hilliard*
Russell F. Hilliard
NHBA #1159
159 Middle Street Portsmouth, NH 03801
(603) 436-7046
rhilliard@uptonhatfield.com

**MOTLEY RICE LLC,**
By: /s/ *Jonathan D. Orent*
Jonathan D. Orent
55 Cedar Street, Suite 100
Providence, RI 02903
TEL: (401)457-7723
FAX: (401)457-7708
jorent@motleyrice.com

**HOLLIS LAW FIRM, P.A.**
By: /s/ *Adam M. Evans*
Adam M. Evans
5100 W. 95th St.
Prairie Village, KS 66207
(913) 385-5400
(913) 385-5402 (fax)
adam@hollislawfirm.com

**GORI, JULIAN & ASSOC. P.C.**
By: /s/ *D. Todd Mathews*
159 N. Main St.
Edwardsville, IL 62025
(618) 659-9833
(618) 659-9834
Todd@gorijulianlaw.com

**HOLMAN SCHIAVONE, LLC**
By: /s/ *Anne Schiavone*
Anne Schiavone
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
TEL: (816) 283-8738
FAX: (816) 283-8739
aschiavone@hslawllc.com

**BAILEY & GLASSER, LLP**
By: /s/ *David L. Selby, II*
David L. Selby, II
3000 Riverchase Galleria, Suite 905
Birmingham, Alabama 35244
Tel.: (205) 988-9253
Email: dselby@baileyglasser.com

*Attorneys for Plaintiffs*

**AKERMAN LLP**
By: /s/ *Hugh J. Turner Jr.*
Hugh J. Turner Jr.
Enjoliqué Aytch, Esq.
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Telephone: (954) 463-2700
Fax: (954) 463-2224
Email: hugh.turner@akerman.com
       enjolique.aytch@akerman.com

**WADLEIGH, STARR & PETERS, PLLC**
Pierre A. Chabot – NHBA # 17606
95 Market Street
Manchester, NH 03101
(603) 669-4140
Email: pchabot@wadleighlaw.com

*Attorneys for Defendants*