UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Atrium Medical Corp. C-Qur Mesh
Products Liability Litigation (MDL No. 2753)

MDL Docket No. 16-md-2753-LM
ALL CASES

## PROCEDURAL ORDER

On December 14, 2017, the court held a monthly status conference with the parties. Among other issues, the court addressed plaintiffs' request to share documents that have been designated CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER with their treating physicians in an *ex parte* setting. The parties submitted their respective position papers on this issue to the court on November 20, 2017.

As stated during the conference, based on the parties' submissions and the court's review of the relevant case law, the court's inclination is to permit plaintiffs to share documents designated CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER with their treating physicians in an *ex parte* setting. The provisions of Case Management Order No. 3 that set forth the informal discovery dispute resolution process contemplate formal motions in the event the dispute cannot be worked out informally. So as not to prejudice defendants, the court will allow defendants to file a formal motion on the issue on or before December 21, 2017 if they so choose, and the court will resolve such motion in an expedited fashion. To the extent defendants notify the court's case manager in advance of that date that they do not intend to file a formal

motion, or if they do not file a formal motion by the deadline, the court will enter the draft version of Case Management Order No. 3E(i) attached to this order.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

December 15, 2017

cc: Counsel of Record