# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | | |
|---|---|---|
| In Re: Atrium Med. Corp. C-QUR Mesh Prod. Liab. Lit. *Plaintiff* v. _____ *Defendant* | ) ) ) ) ) | Case No.   1:16-md-02753-LM ALL CASES |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                              .

Date:   03/06/2019

/s/ Christopher Burrichter
*Attorney's signature*

Christopher Burrichter, 6308675
*Printed name and bar number*

35 West Wacker Drive, Suite 3400
Chicago, IL 60601

*Address*

christopher.burrichter@dechert.com
*E-mail address*

(312) 646-5800
*Telephone number*

(312) 646-5858
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
Christopher Burrichter

Conventionally Served:

| 03/06/2019 | /s/ Christopher Burrichter |
|---|---|
| Date | Signature |