# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re: Atrium Medical Corp. C-Qur Mesh Products Liability Litigation | MDL Docket No. 16-md-2753-LM<br><br>Civil Action No. 1:18-cv-00212-LM |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel, Kerrie Wagoner Boyle of the law firm Bailey & Glasser, LLP, hereby appears on behalf of Plaintiff Michael Petersen in the above-referenced action and in the above-referenced MDL Proceeding, MDL Docket No. 16-md-2753-LM.

Dated: May 23, 2019                              Respectfully Submitted,

*/s/ Kerrie Wagoner Boyle*
Kerrie Wagoner Boyle (WV Bar 9439)
Bailey & Glasser, LLP
6 Canyon Road, Suite 200
Morgantown, WV 26508
Tel: 304-594-0087
Fax: 304-342-1110
Email: kboyle@baileyglasser.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

     I hereby certify that on May 23, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: May 23, 2019                                                                   */s/ Kerrie Wagoner Boyle*
                                                                                                                Kerrie Wagoner Boyle