USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| In Re: Atrium Medical Corp. C-Qur Mesh Products | ) | |
| *Plaintiff* Liability Litigation | ) | |
| v. | ) | Case No.  1:16-md-2753-LM |
| | ) | |
| *Defendant* | ) | Civil Action No. 1:18-cv-00683-LM |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Roger Lasch and Judy Lasch in Civil Action No. 1:18-cv-00683.

Date: 05/31/2019

/s/ Kelly A. Hyman
*Attorney's signature*

Kelly A. Hyman (CO 51813)
*Printed name and bar number*

Franklin D. Azar & Associates, P.C.
14426 East Evans Avenue, Aurora, CO 80014
*Address*

hymank@fdazar.com
*E-mail address*

(303) 757-3300
*Telephone number*

(720) 213-5131
*FAX number*