IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In Re: Atrium Medical Corp. | MDL Docket No. 16-md-2753-LM |
| C-Qur Mesh Products Liability | |
| Litigation (MDL No. 2753) | Civil Action No. 1:19-cv-02780-LM |

**NOTICE OF ATTORNEY APPEARANCE**

    PLEASE TAKE NOTICE that the undersigned counsel, Paul M. Scott, of the law firm, Brown, Readdick, Bumgartner, Carter, Strickland & Watkins LLP, hereby appears on behalf of Plaintiff Angela Taylor in the above-referenced action and in the above-referenced MDL Proceeding, MDL Docket No. 16-md-2753- LM.

Dated: June 25, 2019

                                            **BROWN, READDICK, BUMGARTNER,**
                                            **CARTER, STRICKLAND & WATKINS, LLP**

                                            s/ Paul M. Scott
                                            Paul M. Scott, Esq.
                                            Georgia State Bar No.: 140960

Post Office Box 220
5 Glynn Ave.
Brunswick, Georgia 31521
(912) 264-8544 – Phone
(912) 264-9667 – Fax
pscott@brbcsw.com

                                            **ATTORNEY FOR PLAINTIFF**

CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: June 25, 2019

                              <u>s/ Paul M. Scott</u>
                              Paul M. Scott, Esq.