UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| IN RE: | MDL NO. 2753 |
|---|---|
| ATRIUM MEDICAL CORP. C QUR MESH PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1:16-md-02753-LM |
| | Applies to All Cases |

## JOINT MOTION TO EXTEND DEADLINES
## SET FORTH IN CASE MANAGEMENT ORDER 3H

The parties to the above matter jointly move to extend the deadlines set forth in Case Management Order 3H, and state as follows:

1. As indicated in the parties' Joint Agenda submitted to this Court for the February 13, 2020 status conference (Doc. No. 1181), the parties require additional time to complete the depositions of the physicians, sales representatives, and experts for the Trial Pool plaintiffs.

2. The parties have conferred and agree to extend the following deadlines as follows:

| Event | Current Date | New Date |
|---|---|---|
| Plaintiffs' expert disclosure of regulatory expert | | Per Agreement |
| Defendants' expert disclosure of regulatory expert | | Per Agreement |
| Rebuttal expert reports due in trial pool cases | November 7, 2019 | March 10, 2020 |
| Each side is permitted to strike one case from among the trial pool cases by notifying Lead Counsel for the other side | January 30, 2020 | April 14, 2020 |
| Each side is permitted to select one case from among the trial pool cases by notifying Lead Counsel for the other side | January 31, 2020 | April 15, 2020 |
| Expert discovery deadline in trial pool cases | December 19, 2019 | Per Agreement |
| Dispositive or Daubert motions due re: trial picks | January 16, 2020 | May 13, 2020 |
| Responses to dispositive or Daubert motions due re: trial pick cases | January 30, 2020 | May 27, 2020 |

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Replies to dispositive or Daubert motions due re: trial pick cases | February 6, 2020 | June 3, 2020 |
| After conferring regarding the first case to be tried, the manner of trial, and the timing of the second case to be tried, the parties shall submit a report to the Court indicating those matters as to which agreement has been reached and setting forth their positions as to all matters where agreement was not reached | February 7, 2020 | June 4, 2020 |
| If agreement cannot be reached on 1st case to be tried, the Court will select a case from the 2 cases selected by the parties | February 28, 2020 | June 24, 2020 |
| Deadline for Settlement conference for first trial pool case | April 6, 2020 | August 3, 2020 |
| First trial | May 20, 2020 | Sept. 16, 2020 |

3. The parties have reached preliminary agreement on dates for the disclosure of regulatory experts and completion of expert deadlines and will work to finalize that agreement. If agreement cannot be reached, the parties will request the Court's assistance, but the need for Court intervention is not anticipated at this time.

4. No memorandum of law is necessary as the relief requested herein is in the discretion of the Court. LR 7.1(a).

2

WHEREFORE, the parties respectfully request that this Honorable Court grant this Joint Motion to Extend Deadlines as set forth above, and grant such other and further relief as is fair and just.

Date: February 6, 2020          Respectfully submitted,

*/s/ Jonathan D. Orent*
**MOTLEY RICE, LLC**
Jonathan D. Orent
55 Cedar Street, Suite 100
Providence, Rhode Island 02903
(401)457-7723
(401)457-7708 (fax)
jorent@motleyrice.com

**UPTON & HATFIELD, LLP**
Russell F. Hilliard (NHBA 1159)
159 Middle Street
Portsmouth, New Hampshire 03801
(603) 436-7046
rhilliard@uptonhatfield.com

Susan A. Lowry (NHBA 18955)
10 Centre Street, P.O. Box 1090
Concord, New Hampshire 03302
(603) 224-7791
slowry@uptonhatfield.com

*Attorneys for Plaintiffs*

*/s/ Katherine Armstrong*
**DECHERT, LLP**
Mark S. Cheffo
Katherine Armstrong
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
mark.cheffo@dechert.com
katherine.armstrong@dechert.com

**WADLEIGH, STARR & PETERS, PLLC**
Pierre A. Chabot (NHBA #17606)
95 Market Street
Manchester, NH 03101
(603) 669-4140
pchabot@wadleighlaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 6, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to all counsel of record.

                */s/ Katherine Armstrong*
                Katherine Armstrong