# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Atrium Medical Corp. C-Qur Mesh
Products Liability Litigation          MDL Docket No. 16-md-2753-LM
                                       1:20-cv-01145-LM

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Nidia Cabral, and Defendants, Atrium Medical Corporation and Maquet Cardiovascular US Sales, L.L.C., through their respective counsel of record and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that the above-captioned action, Case No. 1:20-cv-01145, is voluntarily dismissed without prejudice. Each side will bear its own costs.

Further, should Plaintiff decide to refile, she will do so in the United States District Court for the District of New Hampshire; and any refiling of any claims raised in the instant action will be filed only as a single Plaintiff.

Date: April 22, 2021                   Respectfully submitted,

s/ Merritt E. Cunningham              s/ Caroline Power
Michael G. Stag                        Caroline Power
Merritt E. Cunningham                  Dechert LLP
STAG LIUZZA, L.L.C.                    Cira Centre
365 Canal St., Ste. 2850               2929 Arch St
New Orleans, LA 70130                  Philadelphia, PA 19104
Phone: (504) 593-9600                  Phone: (215) 994-2167
Email: mstag@stagliuzza.com            Email: caroline.power@dechert.com
       mcunningham@stagliuzza.com

                                       *Counsel for Defendants*

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

s/Merritt E. Cunningham
Merritt E. Cunningham
