# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE: ATRIUM MEDICAL CORP. C-QUR MESH PRODUCTS LIABILITY LIGITATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL CASES | Master File No. 1:16-md-02753-LM<br>MDL No. 2753<br><br>LANDYA B. MCCAFFERTY<br>U.S. DISTRICT JUDGE |

## MOTION TO ESTABLISH A QUALIFIED SETTLEMENT FUND AND ISSUE RELATED ORDERS

Plaintiffs in the above Captioned MDL by and through Lead Counsel hereby respectfully move this Court, for the reasons specified in the attached Memorandum of Law to establish a Qualified Settlement Fund and issue related orders.

DATED:  December 10, 2021

                                              Respectfully submitted,

                                              /s/ Jonathan D. Orent, Esq.
                                              Jonathan D. Orent
                                              MOTLEY RICE LLC
                                              55 Cedar Street, Suite 100
                                              Providence, RI 02903
                                              401-457-7700
                                              401-457-7708 Fax
                                              jorent@motleyrice.com

                                              Plaintiffs' Lead Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has this date been filed electronically with the Clerk of Court using the CM/ECF system. Notice of these filings will be sent to all counsel of record and parties by operation of the Court's electronic filing system.

/s/ Jonathan D. Orent
Jonathan D. Orent
