UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Atrium Medical Corp. C-Qur Mesh
Products Liability Litigation (MDL No. 2753)

                              MDL Docket No. 16-md-2753-LM
                              ALL CASES

## SCHEDULING ORDER: PUBLIC HEARING ON SETTLEMENT

Approximately five years following the transfer of this MDL to this court, plaintiffs (represented by a team of attorneys appointed by the court, with Jonathan D. Orent as Lead Counsel) filed a set of five unopposed motions seeking rulings on matters related to the implementation of a global settlement plaintiffs have reached with defendant Atrium Medical Corp. On December 20, 2021, the court granted all five motions.

One of the motions (doc. no. 1300) requested a stay of litigation in the MDL so that counsel could focus on the implementation and successful completion of the settlement process. Another requested the appointment of a special master (doc. no. 1301) to assist in the settlement process.

With this order, the court is scheduling an informational hearing (via video) so that plaintiffs will have an opportunity to pose questions to Lead Counsel and other members of plaintiffs' leadership group about the settlement process. The Special Master, Attorney Ellen Reisman, will also be present to answer questions

about her role in the process.  The hearing is scheduled for March 17, 2022, at 2:00 p.m., and the court has reserved the entire afternoon for this hearing.

All who wish to attend the hearing must register using the link located on the court's website:  www.nhd.uscourts.gov/atrium-info-hearing.  After you complete the registration process, you will receive a link to join the hearing.

The court issues additional orders as follows:

(1)  Notice

The court orders that individual plaintiffs receive <u>actual</u> notice of this video hearing.  To that end, plaintiffs' leadership group shall ensure that <u>all</u> plaintiffs' counsel receive a copy of this scheduling order.  The court further orders counsel for individual plaintiff(s) to provide a copy of this scheduling order to each of his/her client(s).

(2) Questions

This hearing will address questions about the settlement process.  Plaintiffs (and plaintiffs' counsel) shall submit questions in advance of this event on the court's website:  www.nhd.uscourts.gov/atrium-info-hearing.  At that link, plaintiffs will find a set of easy-to-read instructions.  All questions must be submitted by noon (EST) on March 16 (the day before the hearing).

- The court will review questions in advance and ask as many of them as possible during the hearing.

- At this session, there will be no "open microphone"—rather the court will pose the questions to plaintiffs' attorney leadership team.

- Understand that the court intends to pose the following questions to counsel:

1. How does the Special Master decide how much a case is worth?

2. What is the process if a plaintiff disagrees with her assessment?

3. When will a plaintiff know if the global settlement is successful?

4. What happens if a global settlement is not achieved?

Further sessions may be scheduled by the court as the settlement process progresses.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

February 7, 2022

cc:   Counsel of Record.