# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| IN RE:<br><br>ATRIUM MEDICAL CORP. C-QUR MESH<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2753<br><br>MDL Docket No.<br>1:16-md-02753-LM<br><br>ALL CASES |

## MOTION FOR SHOW CAUSE

Now come the Plaintiffs' Executive Committee ("PEC") in the above captioned litigation and seeks an Order for all individual plaintiffs who have failed to respond with their intent to participate in or decline the MDL Global Resolution.  This motion is made with the consent of Defendant Atrium Medical Corporation ("Atrium"). In support of this Motion for Show Cause, the PEC and Atrium rely on the memorandum of law filed contemporaneously herewith.

Dated: 10/10/2022

                                    Respectfully submitted,

                                    UPTON & HATFIELD, LLP
                                  By: /s/ *Russell F.* Hilliard
                                  Russell F. Hilliard
                                  NHBA #1159
                                  159 Middle Street Portsmouth, NH 03801
                                  (603) 436-7046
                                  rhilliard@uptonhatfield.com

**MOTLEY RICE LLC**
By: /s/ *Jonathan D. Orent*
Jonathan D. Orent
55 Cedar Street, Suite 100
Providence, RI 02903
(401)457-7723
(401)457-7708 (fax)
jorent@motleyrice.com

**DICKERSON OXTON**
By: /s/ *Adam M. Evans*
Adam M. Evans
1200 Main St #2120
Kansas City, MO 64105
(816) 368-5637
(816) 268-1965 (fax)
adam@dickersonoxton.com

**BAILEY & GLASSER, LLP**
By: /s/ *D. Todd Mathews*
1337 Park Plaza Drive, Suite 2
O'Fallon, IL 62269
(314) 863-5446
(314) 863-5483 (fax)
Tmathews@baileyglasser.com

**HOLMAN SCHIAVONE, LLC**
By: /s/ *Anne Schiavone*
Anne Schiavone
4600 Madison Avenue, Suite 810
Kansas City, MO 64112
(816) 283-8738
(816) 283-8739 (fax)
aschiavone@hslawllc.com

**BAILEY & GLASSER, LLP**
By: /s/ *David L. Selby, II*
David L. Selby, II
3000 Riverchase Galleria, Suite 905
Birmingham, AL 35244
(205) 988-9253
dselby@baileyglasser.com
*Attorneys for Plaintiffs*

**DECHERT LLP**
By: *Mark S. Cheffo, Esq.*
Mark S. Cheffo
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
(212) 698-3599 (fax)
mark.cheffo@dechert.com

**DEVINE MILLIMET & BRANCH, P.A.**
Pierre A. Chabot
111 Amherst Street
Manchester, NH  03101
(603) 669-1000
pchabot@devinemillimet.com
*Attorneys for Defendant*
*Atrium Medical Corporation*