**KRAUSE AND KINSMAN: APPLICABLE CASES**

| Docket # | Plaintiff Name: |
|---|---|
| 1-20-cv-670 | Aguilar, Jose |
| 1-20-cv-1178 | Alban, Paula |
| 1-20-cv-1179 | Ashline, Charles |
| 1-20-cv-1076 | Battest, Leroy |
| 1-19-cv-1160 | Baylis, Kenneth |
| 1-20-cv-646 | Becker, Scott |
| 1-20-cv-544 | Beman, Elizabeth |
| 1-21-cv-545 | Bigelow, Paula |
| 1-21-cv-17 | Birkholz, Richard |
| 1-19-cv-340 | Bland, Danny |
| 1-21-cv-1031 | Brasfield, Shelby |
| 1-21-cv-328 | Brinson, Shannon |
| 1-21-cv-616 | Broadway, James |
| 1-21-cv-579 | Brown, Altriese |
| 1-20-cv-1158 | Bushaw, Karin |
| 1-20-cv-394 | Campbell, Debbie |
| 1-21-cv-654 | Caniff, Rodney |
| 1-21-cv-329 | Carleton, Staci |
| 1-19-cv-707 | Carlo, Jerry |
| 1-20-cv-545 | Carroll, Richard |
| 1-21-cv-675 | Chapman, Brian |
| 1-21-cv-635 | Chavez, Maria |
| 1-19-cv-710 | Cobin, Nicole |
| 1-21-cv-443 | Collins, Tiffany |
| 1-19-cv-1288 | Creamer, Lisa |
| 1-20-cv-671 | Cruz, Jose |
| 1-20-cv-1045 | Culley, Joshua |
| 1-20-cv-725 | Dahl, Larry |

| Docket # | Plaintiff Name: |
|---|---|
| 1-21-cv-580 | Davis, Gail |
| 1-21-cv-655 | Dawson, Leslie |
| 1-20-cv-624 | Delucia, Christopher |
| 1-21-cv-861 | Demiguel, Emederio |
| 1-20-cv-978 | Dickenson, Kathryn |
| 1-20-cv-1181 | Drake, Betty |
| 1-21-cv-253 | Dressler, Scott |
| 1-20-cv-726 | Drum, Della |
| 1-20-cv-1005 | Easterling, Delcenia |
| 1-19-cv-1069 | Emert, Tonya |
| 1-21-cv-365 | Faircloth, Glenn |
| 1-21-cv-179 | Farnsworth, David |
| 1-21-cv-366 | Fields, Kandi |
| 1-19-cv-1077 | Fink, Phillip |
| 1-20-cv-1004 | Fisher, James |
| 1-20-cv-648 | Flood, Rhonda |
| 1-21-cv-581 | Foster, Raymond |
| 1-19-cv-971 | Franks, Starla |
| 1-20-cv-672 | Garcia, Ricardo |
| 1-19-cv-1199 | Gayman, David |
| 1-20-cv-584 | Giese, Dawn |
| 1-20-cv-728 | Gipson, Kevin |
| 1-20-cv-393 | Gordon, Melissa |
| 1-19-cv-645 | Grahovac, Jane |
| 1-20-cv-843 | Greenwood, Harry |
| 1-21-cv-254 | Gyurik, Patricia |
| 1-20-cv-979 | Hackett, Rachelle |
| 1-20-cv-676 | Hamilton, Maria |
| 1-21-cv-18 | Hanks, Penny |
| 1-21-cv-816 | Harris, Madelyn |

| Docket # | Plaintiff Name: |
|---|---|
| 1-20-cv-711 | Harry, Worthy |
| 1-18-cv-314 | Hart, Patricia |
| 1-21-cv-107 | Hawes, Michael |
| 1-19-cv-1216 | Hendricks, Kathleen |
| 1-19-cv-1289 | Henry, Jessica |
| 1-21-cv-582 | Hodge, Edward |
| 1-21-cv-178 | Hoekstra, Brian |
| 1-20-cv-678 | Holland, Sarena |
| 1-21-cv-67 | Hornsby, Kelli |
| 1-20-cv-1120 | Hunter, Roselie |
| 1-19-cv-1161 | Hutchins, Clinton |
| 1-20-cv-712 | Jacobs, Jeffrey |
| 1-21-cv-367 | Johnson, Clyde |
| 1-21-cv-676 | Johnson, Jaclyn |
| 1-21-cv-1024 | Johnson, John |
| 1-20-cv-1182 | Judge, Shawn |
| 1-19-cv-1061 | Keller, Susan |
| 1-21-cv-144 | Kessler, Sandra |
| 1-20-cv-682 | Kirby, Steven |
| 1-20-cv-884 | Knight, Judy |
| 1-22-cv-487 | Koskey, Joy |
| 1-21-cv-617 | Lamboy, Elminette |
| 1-20-cv-585 | Leasure, Tammy |
| 1-21-cv-177 | Leclair, Ronald |
| 1-20-cv-865 | Lewis, Carol |
| 1-20-cv-630 | Lewis, Karen |
| 1-20-cv-1077 | Lewis, Stanley |
| 1-20-cv-1186 | Lippman, Holly |
| 1-20-cv-1159 | Littlewolf, Kristina |

| Docket # | Plaintiff Name: |
|---|---|
| 1-20-cv-650 | Livers, Kenyora |
| 1-21-cv-444 | Lloyd, Evelyn |
| 1-20-cv-885 | Lone, Ricky |
| 1-21-cv-546 | Lopez, Gabriel |
| 1-20-cv-277 | Love, Robert |
| 1-19-cv-904 | Madden, Diedra |
| 1-20-cv-1160 | Magaleno, Leo |
| 1-21-cv-618 | Martin, Gilbert |
| 1-20-cv-1047 | Matthews, Delores |
| 1-21-cv-369 | Mccloud, Chantae |
| 1-21-cv-217 | Mcmullin, Roger |
| 1-20-cv-586 | Mcnair, Laprincess |
| 1-20-cv-278 | Meeks, Michael |
| 1-20-cv-816 | Merritt, Cassey |
| 1-20-cv-1161 | Middleton, Timothy |
| 1-21-cv-330 | Miller, Beth |
| 1-21-cv-656 | Miller, Michael |
| 1-21-cv-619 | Miller, Virginia |
| 1-20-cv-1162 | Monnett, Jay |
| 1-21-cv-860 | Monroe, Jacqueline |
| 1-20-cv-546 | Montalto-Edrovski, Cynthia |
| 1-21-cv-450 | Moore, Linda |
| 1-20-cv-444 | Morris, Holly |
| 1-20-cv-1122 | Muhammad, Javasia |
| 1-20-cv-1124 | Myles, Timothy |
| 1-19-cv-1052 | Navis, Barbara |
| 1-21-cv-677 | Nevin, Kent |
| 1-19-cv-1290 | Newsom, Geraldine |
| 1-20-cv-929 | Oden, Samuel |
| 1-20-cv-587 | Palmer, Margie |

| Docket # | Plaintiff Name: |
| --- | --- |
| 1-21-cv-636 | Parks, Randal |
| 1-21-cv-446 | Pearson, Kevin |
| 1-20-cv-140 | Perkins, Laure |
| 1-20-cv-547 | Phillips, Connie |
| 1-22-cv-481 | Porter, Amber |
| 1-22-cv-485 | Pounders, Edward |
| 1-21-cv-19 | Price, Adam |
| 1-20-cv-627 | Quintela, Tangie |
| 1-19-cv-1230 | Rakes, Stanley |
| 1-19-cv-413 | Ray, Rowena |
| 1-20-cv-653 | Rayburn, Robby |
| 1-21-cv-743 | Register, Janelle |
| 1-19-cv-888 | Reinacher, Susan |
| 1-20-cv-866 | Rivera, Lilyann |
| 1-20-cv-729 | Roberts, Ralph |
| 1-21-cv-218 | Rockingham, Learlean |
| 1-21-cv-1032 | Rodriguez, Delia |
| 1-21-cv-744 | Rogers, Connie |
| 1-20-cv-887 | Russell, Paula |
| 1-20-cv-1048 | Ryan, Christa |
| 1-20-cv-867 | Sandoval, Ana |
| 1-21-cv-108 | Sandoval, Robert |
| 1-21-cv-145 | Sanford, Michelle |
| 1-20-cv-684 | Santee, Gary |
| 1-19-cv-1073 | Schaad, Timothy |
| 1-20-cv-392 | Scramlin, William |
| 1-21-cv-547 | Sees, David |
| 1-19-cv-435 | Seredick, William |
| 1-19-cv-832 | Servantez, Phillip |
| 1-21-cv-447 | Shakur, Abdur-Rashid |

| Docket # | Plaintiff Name: |
|---|---|
| 1-20-cv-114 | Shenk, April |
| 1-20-cv-1163 | Sheward, Candy |
| 1-20-cv-548 | Siero, Ronald |
| 1-19-cv-970 | Silver, Juanita |
| 1-20-cv-714 | Simmons, Zandra |
| 1-20-cv-589 | Simpson, Victoria |
| 1-20-cv-628 | Singleton, Kisha |
| 1-20-cv-654 | Smith, Nathan |
| 1-20-cv-817 | Smith, Shafvonne |
| 1-21-cv-20 | Snyder, Jeffrey |
| 1-21-cv-66 | Stasik, Ron |
| 1-19-cv-1153 | Steeg, William |
| 1-21-cv-110 | Stewart, Mildred |
| 1-20-cv-818 | Stone, Mary |
| 1-20-cv-131 | Storey, Bryant |
| 1-21-cv-620 | Stroup, Gerald |
| 1-21-cv-548 | Swedlove, Adrienne |
| 1-20-cv-888 | Taylor, Deborah |
| 1-21-cv-21 | Taylor, Tarkesha |
| 1-19-cv-708 | Teague, Monica |
| 1-21-cv-549 | Totton, Donella |
| 1-18-cv-225 | Toyne, Lenny/Toyne, Kimberly |
| 1-21-cv-331 | Trevino, Jose |
| 1-20-cv-930 | Tudisco, Dina |
| 1-21-cv-449 | Turner, Edward |
| 1-21-cv-583 | Vancura, Mary |
| 1-20-cv-844 | Vanwinkle, Roger |
| 1-20-cv-1078 | Vaughn, Shirley |
| 1-20-cv-279 | Velez, Eugenio |
| 1-20-cv-819 | Walski, Edward |

| Docket # | Plaintiff Name: |
|---|---|
| 1-21-cv-657 | Warren, Christopher |
| 1-21-cv-219 | Washington, Edith |
| 1-20-cv-757 | Way, Sheila |
| 1-21-cv-255 | Webster, William |
| 1-21-cv-678 | Wetterow, Beverly |
| 1-20-cv-280 | White, Vincent |
| 1-20-cv-590 | Wicklund, Linda |
| 1-21-cv-146 | Williams, Danny |
| 1-21-cv-745 | Williams, Jamar |
| 1-21-cv-584 | Williams, Kristina |
| 1-20-cv-281 | Williams, Michelle |
| 1-19-cv-1287 | Wilson, Robert |
| 1-20-cv-141 | Wilson, Shannon |
| 1-22-cv-484 | Wimes, Tiffany |
| 1-20-cv-655 | Wise, William |
| 1-22-cv-486 | Young, Grady |
| 1-20-cv-629 | Young, Tracy |