**Rosen Injury Lawyers: Applicable Filed Cases**

| Plaintiff First Name | Plaintiff Last Name | Docket No. |
|---|---|---|
| Sherri | Smith | 1:22-cv-00458 |
| Steven | Joyal | 1:22-cv-00433 |
| Cheryl | Crawley | 2:21-cv-05643 |
| Federico | Fuentes, Jr. | 1:22-cv-00356 |
| Norma | Ingram | 1:22-cv-00511 |
| Thomas | Blankenship | 1:22-cv-00431 |
| Leocadio | Reyes | 1:22-cv-00405 |
| Patrick | Shoppell | 1:22-cv-00493 |
| Philip | Ward | 1:22-cv-00406 |
| Jasmine | Barnett | 1:23-cv-00340 |
| Phillip | Wilson | 1:22-cv-00471 |
| Kenneth | Demarest | 1:23-cv-00131 |
| Isabelle | Tiano | 1:22-cv-00480 |
| Robert | Gatewood | 1:22-cv-00492 |
| Karen | Anthony | 1:23-cv-00027 |
| Lawrence | Fultz | 1:23-cv-00008 |
| Gregory | Knott | 1:23-cv-00009 |
| Michelle | Fryer | 1:23-cv-00304 |
| Andrea | Cox | 1:23-cv-00285 |
| Deata | Bertrand | 1:23-cv-00375 |
| David | Pizzi | 1:23-cv-00303 |
| Paul | Salamone | 1:23-cv-00510 |
| Roslyn | Bethea | 1:23-cv-00511 |